UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MCALLISTER | CIVIL ACTION |
| VERSUS | NO. 09-2824 |
| WARDEN AL STRAIN | SECTION "F" (4) |

## O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Larry McAllister's 42 U.S.C. § 1983 claims against the defendant, Warden Al Strain, are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915 and 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 23rd day of DEC., 2009.

UNITED STATES DISTRICT JUDGE